IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**BLAKUS FRANSHAW HENDRIX** **PETITIONER**

V. NO. 1:14CV173-GHD-SAA

**THE STATE OF MISSISSIPPI, ET AL.** **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the order entered today in this cause, Blakus Hendrix's federal habeas petition is **DISMISSED** without prejudice.

**SO ORDERED** this the 20th day of October, 2014.

_____
**SENIOR U.S. DISTRICT JUDGE**